IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PREGNANCY SUPPORT CENTER INC., <br><br>     Plaintiff, <br><br> v. <br><br> WILLIAM TONG, individually and in his official capacity as Attorney General of the State of Connecticut, <br><br>     Defendant. | Case No.  3:21-cv-01346 (VAB) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as *pro hac vice* counsel for the Plaintiff, Pregnancy Support Center, Inc., in the above-captioned case. I was granted *pro hac vice* admission on October 13, 2021, *see* ECF No. 10.

Submitted this 27th day of January, 2022.

> */s/ Kevin H. Theriot*
> Kevin H. Theriot (AZ Bar No. 030446)*
> ALLIANCE DEFENDING FREEDOM
> 15100 N. 90th Street
> Scottsdale, AZ 85260
> (480) 444-0020
> ktheriot@adflegal.org
>
> *admitted *pro hac vice*
>
> *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2022, the foregoing motion was filed via this Court's CM/ECF system.

*/s/ Kevin H. Theriot*
Kevin H. Theriot

*Counsel for Plaintiff*
