IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PREGNANCY SUPPORT CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM TONG, individually and in his official capacity as Attorney General of the State of Connecticut, <br><br> Defendant. | Case No. 3:21-cv-01346 (VAB) <br><br> **PLAINTIFF'S DAMAGES ANALYSIS** |

Plaintiff Pregnancy Support Center, Inc. submits this damages analysis pursuant to the Court's scheduling order dated December 17, 2021:

1. The Court's scheduling order (ECF No. 21) provides that an analysis of the parties' damages shall be filed on October 21, 2022.

2. Plaintiff does not seek damages in this matter, and only seeks costs and expenses of this action, including reasonable attorneys' fees, in accordance with 42 U.S.C. § 1988.

Submitted this 21st day of October, 2022.

*/s/ Mark A. Lippelmann*
Mark A. Lippelmann (AZ Bar No. 36553)*
Kevin H. Theriot (AZ Bar No. 030446)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
mlippelmann@adflegal.org
ktheriot@adflegal.org

Denise M. Harle (GA Bar No. 176758)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE, Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
dharle@ADFlegal.org

1

Craig C. Fishbein
Fishbein Law Firm, LLC
Federal Bar No. ct21542
100 South Main Street
Wallingford, CT 06492
(203) 265-2895
ccf@fishbeinlaw.com

*admitted *pro hac vice*

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2022, the foregoing document was filed via this Court's CM/ECF system.

*/s/ Mark A. Lippelmann*
Mark A. Lippelmann

*Counsel for Plaintiff*