IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PREGNANCY SUPPORT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM TONG, individually and in his official capacity as Attorney General of the State of Connecticut, <br><br> Defendant. | Case No.  3:21-cv-01346 (VAB) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned action without prejudice or costs or fees to any party.

Respectfully submitted this 11th day of January, 2023.

By: */s/ Timothy J. Holzman*
  Alma Rose Nunley (ct30610)
  Timothy Holzman (ct30420)
  Blake T. Sullivan (ct30289)
  Assistant Attorneys General
  Office of the Attorney General
  165 Capitol Ave
  Hartford, CT 06141
  860-808-5020 (phone)
  860-808-5347 (fax)
  Alma.Nunley@ct.gov
  Timothy.Holzman@ct.gov
  Blake.sullivan@ct.gov

*Attorneys for Defendant*

By: */s/ Mark A. Lippelmann*
  Denise M. Harle (GA Bar No. 176758)*
  ALLIANCE DEFENDING FREEDOM
  1000 Hurricane Shoals Rd. NE, Suite D-1100
  Lawrenceville, Georgia 30043
  (770) 339-0774
  dharle@ADFlegal.org

  Kevin H. Theriot (AZ Bar No. 030446)*
  Mark A. Lippelmann (AZ Bar No. 036553)*
  ALLIANCE DEFENDING FREEDOM
  15100 N. 90th Street
  Scottsdale, Arizona 85260
  (480) 444-0020
  ktheriot@ADFlegal.org

  Craig C. Fishbein
  FISHBEIN LAW FIRM, LLC
  Federal Bar No. ct21542
  100 South Main Street
  Wallingford, CT 06492
  (203) 265-2895
  ccf@fishbeinlaw.com

*Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Mark A. Lippelmann*
Mark A. Lippelmann

*Attorney for Plaintiff*
